# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


Eugene Blumkin,
                          Plaintiff,                          CIVIL ACTION

        V.                                                    NO. 15-11741-GAO

Ashton Law P.C., AIMCO Vantage Pointe LLC,
and AIMCO Properties, LP,
                          Defendant.


## SETTLEMENT ORDER OF DISMISSAL


        O'Toole                D. J.


        The Court having been advised on ____July 16, 2015____ that the above-entitled action

has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without prejudice

to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if

settlement is not consummated.

                                        By the Court,


        7/16/2015                          /s/Christopher Danieli
          Date                             Deputy Clerk


(Dismissal Settlement.wpd - 12/98)